UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEIGH REED-PRATT, | Case No.20-cv-12129 |
| Plaintiff, | Hon. Robert H. Cleland |

v.

JANICE WINFREY, in her official and individual capacities as the Detroit City Clerk,
DETROIT ELECTION COMMISSION, and
DETROIT DEPARTMENT OF ELECTIONS,
    Defendants.
_____/

| | |
|---|---|
| ANDREW A. PATERSON (P18690) | JAMES D. NOSEDA (P52563) |
| Attorney for Plaintiff | City of Detroit Law Dept |
| 2893 E. Eisenhower Pkwy | Attorneys for Defendants |
| Ann Arbor, MI 48108 | 2 Woodward Ave, 5th Floor |
| (248) 568-9712 | Detroit, MI 48226 |
| aap43@outlook.com | (313) 237-3057 |
| | nosej@detroitmi.gov |

_____ _____/

## STIPULATED ORDER OF DISMISSAL

Upon Stipulation of Plaintiff and Defendants, as evidenced by the signatures of their respective counsel below, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint (Docket No. 19) is hereby dismissed with prejudice and without costs or attorney fees to any party.

IT IS FURTHER ORDERED that this is the last remaining claim and closes the case.

IT IS SO ORDERED.

                          s/Robert H. Cleland
                          ROBERT H. CLELAND
                          U.S. District Judge

Dated: October 5, 2021

STIPULATED AND APPROVED AS TO FORM AND CONTENT:

| /s/ ANDREW A. PATERSON | /s/ JAMES NOSEDA(with permission) |
|---|---|
| ANDREW A. PATERSON (P18690) | JAMES D. NOSEDA (P52563) |
| Attorney for Plaintiff | City of Detroit Law Dept |
| 2893 E. Eisenhower Pkwy | Attorneys for Defendants |
| Ann Arbor, MI 48108 | 2 Woodward Ave, 5th Floor |
| (248) 568-9712 | Detroit, MI 48226 |
| aap43@outlook.com | (313) 237-3057 |
| DATED: September 30, 2021 | nosej@detroitmi.gov |
| | DATED: September 30, 2021 |